NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**JOHN H. MCKOWN,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2014-5059

---

Appeal from the United States Court of Federal Claims in No. 1:09-cv-00317-FMA, Judge Francis M. Allegra.

---

**ON MOTION**

---

**O R D E R**

John H. McKown moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2                                         MCKOWN v. US

                                    FOR THE COURT

                                    /s/ Daniel E. O'Toole
                                    Daniel E. O'Toole
                                    Clerk of Court

s24